FORM 9A. Notice of Related Case Information                Form 9A (p. 1)
                                                           March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 2025-1379

**Short Case Caption** Chae vs US

**Filing Party/Entity** Byungmin Chae (Unrepresented Party)

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

① Case title: United States of America, Plaintiff
   Steven Barter, Shalica Barter, Defendants

② Case number: 2017-24

③ originating tribunal: District of the Virgin Islands
   Division of St. Thomas and St. John

RECEIVED

FEB 07 2025

United States Court of Appeals
For the Federal Circuit

☑ Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

- Gretchen Shappert, United States Attorney, Everad E. Potter, AUSA, United States Attorney's Office St. Thomas, USVI for the United States of America.
- Michael L. Sheesley, ST. Thomas, U.S.V.I for Steven Baxter

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 1/28/25 Signature: Byungmin Chae

 Name: Byungmin Chae

```
ORIGIN ID:OMAA    16466780066         SHIP DATE: 06FEB25
BYUNGMIN CHAE                         ACTWGT: 0.30 LB
                                      CAD: 308600009/INET4762
3638 SOUTH 205TH STREET

ELKHORN, NE 68022                     BILL CREDIT CARD
UNITED STATES US

TO  US COURT OF APPEAL
    FOR FEDERAL CIRCUIT
    717 MADISON PLACE NORTHWEST

    WASHINGTON DC 20439
    (202) 275-8000         REF:
    INV:
    PO:                    DEPT:
```



```
                    FRI - 07 FEB 10:30A
TRK#  7719 2003 4360    PRIORITY OVERNIGHT
0201
                                    20439
XE VJIA                   DC-US    IAD
```

