NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**BYUNGMIN CHAE,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

2025-1379

Appeal from the United States Court of International Trade in No. 1:24-cv-00086-TMR, Judge Timothy M. Reif.

**SUA SPONTE**

Per Curiam.

**O R D E R**

On October 9, 2025, Byungmin Chae electronically filed a document as a confidential reply brief [ECF No. 26].

Upon consideration thereof,

It Is Ordered That:

ECF No. 26 is stricken.

For the Court

October 17, 2025
Date

Jarrett B. Perlow
Clerk of Court